FILED
CLERK, U.S. DISTRICT COURT

APR - 9 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

TONY O. AREMU,

            Petitioner,

      v.

B. CURRY,

          Respondent.

) NO. CV 06-6940 CJC (FFM)
)
) ORDER ADOPTING FINDINGS,
) CONCLUSIONS AND
) RECOMMENDATIONS OF
) UNITED STATES MAGISTRATE JUDGE
)
)
)
)
)

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

      IT THEREFORE IS ORDERED that: (1) respondent's Motion to Dismiss is GRANTED; and (2) Judgment be entered dismissing this action with prejudice as time-barred.

DATED: *April 9, 2008*

_____
CORMAC J. CARNEY
United States District Judge