FILED
CLERK, U.S. DISTRICT COURT

APR - 9 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| TONY O. AREMU, <br><br> Petitioner, <br><br> v. <br><br> B. CURRY, <br><br> Respondent. | NO. CV 06-6940 CJC (FFM) <br><br> JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: *April 9, 2008*

CORMAC J. CARNEY
United States District Judge